# UNITED STATES DISTRICT COURT

EASTERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| DANIEL STEVE DIXON,<br><br>   Plaintiff,<br><br>   v.<br><br>J. LEWIS, et al.,<br><br>   Defendants. | Case No.  1:16-cv-00989 DAD-BAM-PC<br><br>ORDER DISCHARGING ORDER TO SHOW CAUSE<br><br>(ECF No. 13) |

Plaintiff Daniel Steve Dixon ("Plaintiff") is a state prisoner proceeding pro se and in forma pauperis in this civil rights action pursuant to 42 U.S.C. § 1983. This matter was referred to a United States Magistrate Judge pursuant to 28 U.S.C. § 636(b)(1)(B) and Local Rule 302.

On September 21, 2016, the Court dismissed Plaintiff's complaint for the failure to state a claim, with leave to amend within thirty (30) days. (ECF No. 12.) Following Plaintiff's failure to timely comply with that order, on November 9, 2016, the Court issued an order to show cause why this action should not be dismissed for the failure to state a claim, failure to obey a court order, and failure to prosecute. (ECF No. 13.) A response was due within twenty (20) days of service of that order.

On November 18, 2016, Plaintiff filed a response to the order to show cause. (ECF No. 14.) Plaintiff explains that he inadvertently missed the filing deadline, in addition to having eye

problems and eye surgery that prevented him from amending his complaint. Plaintiff has concurrently submitted an amended complaint in compliance with the Court's previous order.

Good cause appearing, IT IS HEREBY ORDERED that:

1. The Court's Order to Show Cause, issued on November 9, 2016 (ECF No. 13), is DISCHARGED; and,

2. Plaintiff's first amended complaint will be screened in due course.

IT IS SO ORDERED.

Dated: **November 28, 2016**         /s/ *Barbara A. McAuliffe*
                                   UNITED STATES MAGISTRATE JUDGE